FILED

11/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0120

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0120

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JACOB JON IDLAND,

      Defendant and Appellant.

## GRANT

Pursuant to Appellant's motion for extension of time to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until December 14, 2023, to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 9 2023